United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL AGUILAR VILLASANA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-766 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Miguel Angel Aguilar Villasana is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

On September 17, 2026, Petitioner advised the Court that an Immigration Judge granted Petitioner's application for cancellation of removal under the Immigration and Nationality Act (INA) § 240A(b) (8 U.S.C. § 1229b(b)). (Advisory, Doc. 5, 2; *see also* IJ Order, Doc. 5-1, 4) The Department of Homeland Security appealed the decision to the Board of Immigration Appeals. (*See* Suppl. Advisory, Doc. 6, 2) Petitioner contends that his continued detention is unlawful because the Immigration Judge cancelled his removal proceedings and found him to be "not subject to removal." (Advisory, Doc. 5, 3) He accordingly contends that his detention without a bond hearing violates his rights under the Fifth Amendment Due Process Clause. (*Id.*)

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than November 4, 2026, Respondents shall file an answer, motion, or responsive pleading to the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1), addressing the legal authority for Petitioner's continued detention in light of the procedural developments referenced in this Order.

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on October 21, 2026.

Fernando Rodriguez, Jr.
United States District Judge