United States District Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL AGUILAR VILLASANA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-766 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Respondents' Motion for Summary Judgment (Doc. 9) and Petitioner's Response to Respondents' Motion for Summary Judgment and Request for Immediate Release (Doc. 10). To facilitate the Court's consideration of the issues that the Motion for Summary Judgment raises, it is:

**ORDERED** that by no later than November 13, 2026, Respondents shall file a reply in support of their Motion for Summary Judgment (Doc. 9); and

**ORDERED** that a hearing on Respondents' Motion for Summary Judgment (Doc. 9) is scheduled for November 19, 2026, at 1:30 p.m., by videoconference.

Signed on November 6, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge