United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL AGUILAR VILLASANA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-766 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On November 19, 2026, the Court held a hearing on Petitioner Miguel Angel Aguilar Villasana's Petition for Writ of Habeas Corpus (Doc. 1) and Respondents' Motion for Summary Judgment (Doc. 9).

For the reasons indicated on the record, the Court finds that Petitioner is not entitled to the relief he seeks.[1] Accordingly, it is:

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 9) is **GRANTED;** and

**ORDERED** that Petitioner Miguel Angel Aguilar Villasana's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on November 19, 2026.

Fernando Rodriguez, Jr.
United States District Judge

[1] At the hearing, Petitioner's counsel referenced *Matter of W-F-D*, 29 I. & N. Dec. 854 (BIA 2026). The Court has reviewed that decision and concludes that it does not support Petitioner's claims in this matter.